**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6709**

WILLIAM LAMAR BONNER, a/k/a William Bonner,

                    Petitioner - Appellant,

          v.

M L. RIVERA, Warden, Federal Correctional Institution
Estill,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  William W. Wilkins, Senior Circuit
Judge, sitting by designation. (8:07-cv-01498-GRA)

Submitted:  November 20, 2008      Decided:  November 26, 2008

Before MOTZ and GREGORY, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

William Lamar Bonner, Appellant Pro Se,  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Bonner, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and remanding his request for relief on his 28 U.S.C. § 2241 (2000) petition to the United States Bureau of Prisons. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Following the district court's order, Bonner filed a motion pursuant to Fed. R. Civ. P. 60(b)(3), in which he asserted that, upon remand, the Bureau of Prisons had erroneously rejected his renewed application for nunc pro tunc designation. However, the district court has yet to issue a final order in regard to this renewed claim. Accordingly, because a final order has not been entered, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED